# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Boards of Trustees, *et al.*,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | **Case No. 2:15-CV-1349** |
| | : | **JUDGE SMITH** |
| **2D Construction, LLC,** | : | **Magistrate Judge Kemp** |
| | : | |
| **Defendant.** | : | |

### ORDER OF DEFAULT JUDGMENT

IT APPEARS that Defendant 2D Construction, LLC has been regularly served with a Summons and Complaint and has failed to plead or otherwise defend.  The legal time for pleading or otherwise defending has expired and the default of said Defendant has been duly entered according to law.

NOW, THEREFORE, upon Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in pursuance of the prayer of said Complaint.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that Plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs have and recover from 2D Construction, LLC the sum of Fourteen Thousand Six Hundred Ninety-Eight Dollars and Sixty Cents ($14,698.60), including unpaid fringe benefit contributions through March, 2015, and prejudgment interest and liquidated damages, plus attorneys' fees of One Thousand Seven Hundred Eighty-Five Dollars and No Cents ($1,785.00), plus interest from the time of judgment at the rate of 1% per month, and the costs of this action.

**IT IS SO ORDERED.**

_____*s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

APPROVED:

_____**s/Steven L. Ball**_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road – Suite 1
Columbus, OH  43220
(614) 447-8550
Trial Attorney for Plaintiffs